**PennCredit**
*Corporation*



**NOTICE OF COLLECTION**
06/19/19

Hours: Mon-Thur 8am-10pm EST
Fri 8am-8pm, Sat 8am-12pm EST
Phone: 800-900-1370

CREDITOR: SUEZ New York
ID NUMBER: ▉7972
TOTAL BALANCE DUE: $1,448.28

**ACA** INTERNATIONAL
The Association of Credit and Collection Professionals
*Member*

Our client has referred your delinquent account(s) referenced below for collection. Our client is serious about collecting all monies owed them and I am sure your intentions are to honor your debt. Send payment using the enclosed envelope or you may go online to http://account.penncredit.com to make payment or contact our office to pay over the phone. Contact our office if you are unable to pay the amount due.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice this office will provide you with the name and address of the original creditor, if different from the current creditor.

This is an attempt to collect a debt by a debt collector and any information obtained will be used for that purpose. The important rights included above apply to each account individually and you have the right to dispute any or all of the accounts included in this notice. In the event you choose to exercise your important rights included above please indicate which account(s) you are disputing.

| SERVICE RENDERED | SERVICE DATE | ACCOUNT NUMBER | BALANCE |
|---|---|---|---|
| 147 CLINTON LA APT 1    DELINQUENT UTILITY BILL | 2019/05/17 | ▉1879 | $1,448.28 |

New York Residents:
Penn Credit Corporation's New York City Department of Consumer Affairs license number is 1039314.

Sincerely,
Tim Foley
800-900-1380

**Please see reverse side for important information concerning your rights.**

PAP-933-C-0



---

DETACH AND RETURN WITH PAYMENT TO EXPEDITE CREDIT TO YOUR ACCOUNT

P.O Box 1259, Department 91047
Oaks, PA 19456





Visit http://account.penncredit.com to pay your bill online.

Payments received by check will be electronically deposited, unless you pay by non-consumer type check. You may opt out of this program by paying with a money order or a travelers check. In the unlikely event your check (payment) is returned unpaid, we may elect to electronically (or by paper draft) re-present your check (payment) up to two more times. You also understand and agree that we may collect a return processing charge by the same means, in an amount not to exceed that as permitted by state law.

91203 - 158

NAFTALI SCHMELCZER
27 POLNOYA RD UNIT 302
SPRING VALLEY NY  10977-8264

ID NUMBER: ▉7972        06/19/19

PENN CREDIT
PO Box 69703
Harrisburg, PA 17106-9703

91203-NEW-158