**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Naftali Schmelczer, individually and on behalf of all others similarly situated,

                Plaintiff,

            -against-

Penn Credit Corporation,

                Defendant.

Docket No: 7:20-cv-2380

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record I am admitted or otherwise authorized to

practice in this court, and I appear in this case as counsel for: Naftali Schmelczer,

individually and on behalf of all others similarly situated.

Dated: March 18, 2020

                **BARSHAY SANDERS, PLLC**

                By: ___/s *David M. Barshay*___
                David M. Barshay, Esq.
                100 Garden City Plaza, Suite 500
                Garden City, New York 11530
                Tel. (516) 203-7600
                Email: *ConsumerRights@BarshaySanders.com*
                Our File No: 117915
                *Attorneys for Plaintiff*