**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

NAFTALI SCHMELCZER, individually and on
behalf of all others similarly situated,

     Plaintiff,

     -against-

PENN CREDIT CORPORATION,

     Defendant.

Docket No: 7:20-cv-02380-KMK

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record I am admitted or otherwise authorized to

practice in this court, and I appear in this case as counsel for: Naftali Schmelczer,

individually and on behalf of all others similarly situated.


Dated: June 9, 2020

          **BARSHAY SANDERS, PLLC**

          By:  /s *Jonathan M. Cader*
          Jonathan M. Cader, Esq.
          100 Garden City Plaza, Suite 500
          Garden City, New York 11530
          Tel. (516) 203-7600
          Email: *jcader@BarshaySanders.com*
          Our File No: 117915
          *Attorneys for Plaintiff*