UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAFTALI SCHMELCZER, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> PENN CREDIT CORPORATION, <br><br> Defendant. | No. 20-CV-2380 (KMK) <br><br> SCHEDULING ORDER |

KENNETH M. KARAS, United States District Judge:

At the Pre-Motion Conference held before the Court on July 16, 2020, the Court adopted a briefing schedule for Defendant's anticipated motion to dismiss (the "Motion"). Defendant's Motion is due July 31, 2020; Plaintiff's opposition is due August 21, 2020; and Defendant's reply is due August 28, 2020.

The Parties are reminded that there is a strict page limit of 25 pages. If oral argument is requested, it may be scheduled by the Court. Please wait to hear from the Court to schedule argument.

SO ORDERED.

DATED:      July 16, 2020
            White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE