IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Naftali Schmelczer, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : |  |
| v. | : | NO. 7:20-cv-02380-KMK |
|  | : |  |
| Penn Credit Corporation, | : |  |
|  | : |  |
| Defendant. | : |  |

**DEFENDANT PENN CREDIT CORPORATION'S NOTICE OF MOTION TO DISMISS
PLAINTIFF NAFTALI SCHMELCZER'S CLASS ACTION COMPLAINT
UNDER FED. R. CIV. P. 12(b)(6)**

PLEASE TAKE NOTICE that Defendant, Penn Credit Corporation ("Penn Credit" or "Defendant"), by and through its undersigned counsel, hereby moves this Court before the Honorable Kenneth M. Karas, United States District Judge, United States District Court for the Southern District of New York, The Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse, 300 Quarropas Street, White Plains, NY 10601-4150, for an Order dismissing Plaintiff, Naftali Schmelczer's ("Plaintiff") Class Action Complaint with prejudice for failure to state a claim upon which relief can be granted under Fed. R. Civ. P. 12(b)(6). (Doc. 1). In support

1

of this Motion, Penn Credit relies upon its accompanying Memorandum of Law, Affidavit of

Thomas Perrotta, and a Proposed Order.

KAUFMAN DOLOWICH & VOLUCK, LLP

By:   /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
Four Penn Center
1600 JFK Blvd., Suite 1030
Philadelphia, PA  19103
(v) 215.501.7002; (f) 215.405.2973
rperr@kdvlaw.com

Dated: July 31, 2020                    Attorney for Defendant, Penn Credit Corporation

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I served a true and correct copy of the foregoing via the Court's CM/ECF system on the following:

Craig B. Sanders, Esquire
David M. Barshay, Esquire
Jonathan Mark Cader, Esquire
Barshay Sanders, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
csanders@barshaysanders.com
dbarshay@barshaysanders.com
jcader@barshaysanders.com
Attorneys for Plaintiff


/s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE

Dated: July 31, 2020


4825-0819-4499, v. 1

3