**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiff | : | NO. 7:20-CV-02380-KMK |
| v. | : | |
| | : | |
| PENN CREDIT CORPORATION, | : | JURY TRIAL DEMANDED |
| | : | |
| Defendant. | : | |
| | : | |

**CORPORATE DISCLOSURE STATEMENT**

Please check one box:

☑  The nongovernmental corporate party, Defendant, PENN CREDIT CORPORATION in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

                                        **KAUFMAN DOLOWICH & VOLUCK, LLP**

            By:    /s/ Richard J. Perr
                   RICHARD J. PERR, ESQUIRE
                   Four Penn Center
                   1600 John F. Kennedy Blvd., Suite 1030
                   Philadelphia, PA  19103
                   (v) 215.501.7002; (f) 215.405.2973
                   rperr@kdvlaw.com
                   Attorneys for Defendant Penn Credit Corporation

Dated:  February 12, 2021

1

**CERTIFICATE OF SERVICE**

I, RICHARD J. PERR, ESQUIRE, hereby certify that on this date I caused to be served a true and correct copy of the foregoing via ECF on the following:

Craig B. Sanders, Esquire
Jonathan Mark Cader, Esq.
Barshay Sanders, PLLC
100 Garden City Plaza, Suite 500
Garden City, NY 11530
csanders@barshaysanders.com
jcader@barshaysanders.com
Attorneys for Plaintiff

/s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE

Dated:  February 12, 2021

4844-5635-5548, v. 1

2