**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Naftali Schmelczer,

Plaintiff(s),

-against-

Penn Credit Corporation,

Defendant(s).

Docket No: 7:20-cv-02380-KMK

**MOTION TO WITHDRAW AS**
**COUNSEL TO PLAINTIFF**

I, David M. Barshay, respectfully request that the Court enter an Order granting my withdrawal as counsel for Plaintiff in this matter and further removing me as counsel of record from the docket, effective immediately. As grounds for this motion, I state:

1.     As of December 1, 2020, I am no longer a member of Barshay Sanders, PLLC.

2.     Attorney Craig B. Sanders will remain as counsel of record for Plaintiff.

3.     My withdrawal will not affect the posture of the case, including its position, if any, on the calendar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on:  March 30, 2021

*s/ David M. Barshay*
David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
P.  (631) 210-7272 x1002
F.  (516) 706-5055