MEMO ENDORSED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Naftali Schmelczer, | Docket No: 7:20-cv-02380-KMK |
| Plaintiff(s), | **MOTION TO WITHDRAW AS COUNSEL TO PLAINTIFF** |
| -against- | |
| Penn Credit Corporation, | |
| Defendant(s). | |

I, David M. Barshay, respectfully request that the Court enter an Order granting my withdrawal as counsel for Plaintiff in this matter and further removing me as counsel of record from the docket, effective immediately. As grounds for this motion, I state:

1. As of December 1, 2020, I am no longer a member of Barshay Sanders, PLLC.

2. Attorney Craig B. Sanders will remain as counsel of record for Plaintiff.

3. My withdrawal will not affect the posture of the case, including its position, if any, on the calendar.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements are true and correct.

Executed on: March 30, 2021

Denied as moot. The Court on 12/4/20 granted a request from David M. Barshay to withdraw as Plaintiff's counsel, (*see* Dkt. No. 19), and he has been terminated from this case.
4/5/21

*s/ David M. Barshay*
David M. Barshay, Esquire
Barshay, Rizzo & Lopez, PLLC
445 Broadhollow Road | Suite CL18
Melville, New York 11747
P. (631) 210-7272 x1002
F. (516) 706-5055

SO ORDERED

KENNETH M. KARAS U.S.D.J.