**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| | : | |
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
| | : | |
| Plaintiff, | : | |
| v. | : | NO. 7:20-cv-02380-KMK |
| | : | |
| PENN CREDIT CORPORATION, | : | |
| | : | JURY TRIAL DEMANDED |
| Defendant. | : | |
| | : | |

**DEFENDANT PENN CREDIT CORPORATION'S MOTION FOR SUMMARY**
**JUDGMENT UNDER FED. R. CIV. P. 56**

PLEASE TAKE NOTICE that Defendant, Penn Credit Corporation ("Defendant"), hereby moves this Court before the Honorable Kenneth M. Karas, United States District Judge, United States District Court for the Southern District of New York, for an Order pursuant to Rule 56(a) of the Federal Rules of Civil Procedure granting summary judgment in favor of Defendant and against Plaintiff Naftali Schmelczer. In support of Defendant's Motion, Defendant relies upon Defendant's Statement of Material Facts pursuant to Local Rule 56.1, which includes Exhibits A - C, and Defendant's Memorandum of Law.

Respectfully Submitted:

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By:    /s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd, Suite 1030
Philadelphia, PA 19103
(v) 215.501.7002; (f) 215.405.2973
rperr@kdvlaw.com
Attorneys for Defendant Penn Credit Corporation

Dated: April 9, 2021

1

**CERTIFICATE OF SERVICE**

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a

true and correct copy of the foregoing electronically via CM/ECF on the following:

Craig B. Sanders, Esq.
Jonathan Mark Cader, Esq.
Barshay Sanders, PLLC
100 Garden City Plaza, 5th Floor
Garden City, NY 11530
jcader@barshaysanders.com
csanders@barshaysanders.com
Attorneys for Plaintiff Naftali Schmelczer


/s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE


Dated:  April 9, 2021


4817-4312-6244, v. 2

2