**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated, | : : : | CIVIL ACTION |
| Plaintiff, | : : | |
| v. | : : | NO. 7:20-cv-02380-KMK |
| PENN CREDIT CORPORATION, | : : | |
| Defendant. | : : : | JURY TRIAL DEMANDED |

**DEFENDANT PENN CREDIT CORPORATION'S STATEMENT OF UNDISPUTED MATERIAL FACTS PURSUANT TO LOCAL CIVIL RULE 56.1**

1.    On or about June 18, 2019, Suez New York placed Plaintiff, Naftali Schmelczer's ("Plaintiff" or "Schmelczer") account of $1,448.28 (the "Account") in collections with Penn Credit Corporation ("Penn Credit" or "Defendant").  (*See* Affidavit of Thomas Perrotta, dated April 6, 2021 ("Perrotta Affidavit") at ¶ 9, attached hereto as Exhibit A).

2.    Penn Credit maintains its account notes in an electronic system called Fusion. ("Account Notes")  (Perrotta Affidavit at ¶¶ 10-12, Exhibit A).

3.    On June 19, 2019, Penn Credit transmitted an electronic request to its letter vendor, RevSpring, to prepare and send out a  letter to Plaintiff.  (Perrotta Affidavit at ¶ 13, Exhibit A; *see* Declaration of Scott Astheimer, dated April 5, 2021 ("Astheimer Declaration") at ¶ 9, attached as Exhibit B).

4.    RevSpring is a company that provides document creation and delivery services for account receivables management companies, healthcare organizations, banking institutions, municipal and county governments, and telecommunication companies.  (Astheimer Declaration at ¶ 5).

1

5.     Penn Credit retained RevSpring to perform printing and mailing services.  (Perrotta Affidavit ¶ 8, Exhibit A).

6.     On June 20, 2019, RevSpring  mailed a letter to Plaintiff, dated June 19, 2019 ("the "Letter"), that sought to collect a balance of $1,448.28 owed to Suez New York on behalf of Penn Credit.  (Perrotta Affidavit at ¶ 14, Exhibit A; Astheimer Declaration at ¶ 20, Exhibit B).

7.     The Letter was prepared by RevSpring on June 19, 2019 in accordance with Penn Credit's Form ID 91203-NEW-158 letter template.  (Astheimer Declaration at ¶¶ 9-19, Exhibit B).

8.     The Form ID 91203-NEW-158 letter template includes fields for the following information: Creditor, ID Number, Total Balance Due, Phone Number, Service Rendered, Service Date, Account Number, Balance, Consumer Name, Street Address, and City/State/Zip information.  (Astheimer Declaration at ¶ 11, Exhibit B).

9.     RevSpring prepared the Letter according to the Form ID 91203-NEW-158 template using electronic information from Penn Credit.  (Astheimer Declaration at ¶ 18, Exhibit B).

10.     The Letter stated, "Send payment using the enclosed envelope or you may go online to http://account.penncredit.com to make payment or contact our office to pay over the phone." (Doc. 1-1, attached as Exhibit C, which is a copy of Plaintiff's Complaint; Perrotta Affidavit at ¶ 14, Exhibit A).

11.     The Letter also stated, directly above the detachable payment slip portion, "DETACH AND RETURN WITH PAYMENT TO EXPEDITE CREDIT TO YOUR ACCOUNT." (Doc. 1-1, at Exhibit C; Perrotta Affidavit at ¶ 14, Exhibit A) (emphasis in original).

12.     Plaintiff's address was listed on the Letter as "27 POLNOYA RD, UNIT 302 SPRING VALLEY NY, 10977-8264."  (Doc. 1-1, Exhibit C; Perrotta Affidavit at ¶ 14, Exhibit A) (emphasis in original).

2

13.     Two addresses appear at the bottom of the Letter on the Letter's detachable payment slip. (Doc. 1-1, Exhibit C; Perrotta Affidavit at ¶ 14, Exhibit A). The address toward the bottom right-hand corner of the payment slip indicates Penn Credit's remittance address: "PENN CREDIT Box 69703 Harrisburg, PA 17106-9703." (Doc. 1-1, Exhibit C; Perrotta Affidavit at ¶¶ 14-15, Exhibit A; Astheimer Declaration at ¶ 14, Exhibit B).

14.     The Letter's payment slip included a return address field in the top-left with the address "P.O. Box 1259, Department 91047 Oaks, PA 19456" ("Oaks, PA Address"). (Doc. 1-1, Exhibit C; Perrotta Affidavit at ¶ 14, Exhibit A; Astheimer Declaration at ¶¶ 15-17, Exhibit B).

15.     The Oaks, PA Address is used by RevSpring to receive and process mail deemed undeliverable as addressed by the United States Postal Service ("USPS"). (Astheimer Declaration at ¶ 17 Exhibit B).

16.     RevSpring mailed the Letter in an envelope that contained two glassine windows, which is identified by OSE-103-H-0 on the envelope's rear side. (Astheimer Declaration at ¶ 20, Exhibit B).

17.     Exhibit 3 to the Astheimer Declaration  is a true and correct copy of the Letter that was placed in an exemplar of an OSE-103-H-0 envelope as when Plaintiff would have received the Letter. (Astheimer Declaration at ¶ 21, Exhibit B).  This shows that the Oaks, PA Address is visible through the top window in the left-hand corner of the envelope, and Plaintiff's address is visible through the bottom window.  (*Id.*)

18.     When RevSpring mailed the Letter it also included a return envelope, which has one glassine window and is marked BRE-104-E-0.  (Astheimer Declaration at ¶ 22, Exhibit B).

19.     Exhibit 5 to the Astheimer Declaration  is a true and correct copy of the detachable payment slip from the Letter that was placed in an exemplar of the BRE-104-E-0 envelope as

3

Plaintiff would have originally received with the Letter.   (Astheimer Declaration at ¶ 23, Exhibit B).

20.     When the detachable payment slip portion of the Letter is placed in the return envelope, only the address clearly marked: "PENN CREDIT PO Box 69703 Harrisburg PA, 17106-9703" is visible.  (Astheimer Declaration at ¶¶ 22-23, Exhibit B).

21.     Should an individual, receive a letter in accordance with Penn Credit's Form ID 91203-NEW-158 letter template, and then send any correspondence or payments to the return Oaks, PA Address, RevSpring would forward the mail to Penn Credit as a courtesy, or return the white mail to the USPS as return to sender if there was any doubt regarding the intended address for the enclosed correspondence.  (Astheimer Declaration at ¶ 24, Exhibit B).

22.     Thus, had Plaintiff sent any correspondence or payments to the return Oaks, PA Address, RevSpring as part of its regular pattern and practices would have forwarded said correspondence or payments to Penn Credit or returned the correspondence or payments to Plaintiff.  (Astheimer Declaration at ¶ 25, Exhibit B).

23.     If RevSpring had forwarded Penn Credit any correspondence, which was received at P.O. Box 1259, Department 91047 Oaks, PA 19456, including but not limited to requests for validation and the original creditor and disputes concerning a financial obligation, or any payments, from Schmelczer or any individual that were mailed to RevSpring but intended for Penn Credit, Penn Credit would process all such correspondence and payments. (Perrotta Affidavit at ¶ 16, Exhibit A).

24.     RevSpring promptly forwards mail to Penn Credit.  (Perrotta Affidavit at ¶17, Exhibit A)

25.     Penn Credit never received any written correspondence or payments from Plaintiff. (Perrotta Affidavit at ¶ 18, Exhibit A)

26.     Penn Credit never received any written correspondence from RevSpring in the mail or via electronic means regarding Plaintiff.  (Perrotta Affidavit at ¶ 19, Exhibit A).

Respectfully Submitted:

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By:     /s/  Richard J. Perr
RICHARD J. PERR, ESQUIRE
Four Penn Center
1600 John F. Kennedy Blvd, Suite 1030
Philadelphia, PA 19103
(v) 215.501.7002; (f) 215.405.2973
rperr@kdvlaw.com
Attorneys for Defendant Penn Credit Corporation

Dated:  April 9, 2021

4848-0458-5699, v. 1

5

## CERTIFICATE OF SERVICE

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a

true and correct copy of the foregoing electronically via CM/ECF on the following:


Craig B. Sanders, Esq.
Jonathan Mark Cader, Esq.
Barshay Sanders, PLLC
100 Garden City Plaza, 5th Floor
Garden City, NY 11530
jcader@barshaysanders.com
csanders@barshaysanders.com
Attorneys for Plaintiff Naftali Schmelczer


/s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE


Dated:  April 9, 2021


4848-0458-5699, v. 2