**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |  |
|---|---|---|
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated, | : | CIVIL ACTION |
|  | : |  |
| Plaintiff, | : |  |
| v. | : | NO. 7:20-cv-02380-KMK |
|  | : |  |
| PENN CREDIT CORPORATION, | : |  |
|  | : | JURY TRIAL DEMANDED |
| Defendant. | : |  |

**DEFENDANT PENN CREDIT CORPORATION'S NOTICE OF MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL**

PLEASE TAKE NOTICE that Defendant, Penn Credit Corporation ("Defendant"), by and through its undersigned counsel, hereby moves this Court before the Honorable Kenneth M. Karas, United States District Judge, United States District Court for the Southern District of New York, for an order granting permission for Defendant to file certain exhibits to its Motion for Summary Judgment under seal. (Docs. 28-30).  In support of Defendant's Motion, Penn Credit relies upon its accompanying Memorandum of Law and a Proposed Order.

Respectfully Submitted:

**KAUFMAN DOLOWICH & VOLUCK, LLP**

By:     /s/ Richard J. Perr
         RICHARD J. PERR, ESQUIRE
         Four Penn Center
         1600 John F. Kennedy Blvd, Suite 1030
         Philadelphia, PA 19103
         (v) 215.501.7002; (f) 215.405.2973
         rperr@kdvlaw.com
         Attorneys for Defendant Penn Credit Corporation

Dated:  April 9, 2021

1

2

**CERTIFICATE OF SERVICE**

I, RICHARD J. PERR, ESQUIRE, hereby certify that on or about this date, I served a true and correct copy of the foregoing electronically via CM/ECF on the following:

Craig B. Sanders, Esq.
Jonathan Mark Cader, Esq.
Barshay Sanders, PLLC
100 Garden City Plaza, 5th Floor
Garden City, NY 11530
jcader@barshaysanders.com
csanders@barshaysanders.com
Attorneys for Plaintiff Naftali Schmelczer


/s/ Richard J. Perr
RICHARD J. PERR, ESQUIRE


Dated:  April 9, 2021


4812-6576-8676, v. 1

2