**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated,<br><br>     Plaintiff,<br><br>   -against-<br><br>PENN CREDIT CORPORATION,<br><br>     Defendant. | Docket No: 7:20-cv-02380-KMK<br><br>**NOTICE OF MOTION FOR**<br>**SUMMARY JUDGMENT** |

   **PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, together with any and all further memoranda, documents, declarations and/or affidavits submitted in connection therewith, Plaintiff, Naftali Schmelczer ("*Plaintiff*"), hereby moves this Court, on a date and time to be set by the Court, before the Honorable Kenneth M. Karas, U.S.D.J., at the United States District Court, Southern District of New York, 300 Quarropas Street, White Plains, NY 10601, for an Order granting Plaintiff's Motion for Summary Judgment, and for such other and further relief as the Court deems just and proper.

Dated: Garden City, New York
   April 9, 2021

                 Respectfully submitted,

                 BARSHAY SANDERS, PLLC
                 *Attorneys for Plaintiff*

        By:   s/ *Jonathan M. Cader*
            Jonathan M. Cader, Esq.
            100 Garden City Plaza, Fifth Floor
            Garden City, New York 11530
            Telephone: (516) 203-7600
            *jcader@barshaysanders.com*