UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NAFTALI SCHMELCZER, individually and on
behalf of all others similarly situated,

Plaintiff,

-against-

PENN CREDIT CORPORATION,

Defendant.

Docket No: 7:20-cv-02380-KMK

## DECLARATION OF NAFTALI SCHMELCZER IN SUPPORT
## OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

NAFTALI SCHMELCZER, pursuant to 28 U.S.C. §1746 hereby states and declares as follows:

1.       I am an adult and I reside in Spring Valley, New York.

2.       I am the Plaintiff in this action and have personal knowledge of the facts set forth in this Declaration, and would testify to them in a court of law if required to do so. I make this Declaration in support of my Motion for Summary Judgment.

3.       In or about June of 2019, I received a letter from Penn Credit Corporation, dated June 19, 2019 (the "*Letter*"), claiming that I owed a debt in the amount of $1,448.28 (the "*alleged Debt*") to SUEZ New York. *See Dkt. No.* 1-1.

4.       SUEZ New York was the water company which provided my water when I lived at 147 Clinton Lane.

5.       I moved from the Clinton Lane address approximately two (2) years ago.

6.       The Letter was the first written communication I received from Defendant with respect to the alleged Debt.

7.      I was confused by the Letter for at least two reasons.

8.      First, to the best of my recollection, I did not owe SUEZ New York the sum of $1,448.28 at the time I moved from the Clinton Lane address, and I do not recall receiving any bills from SUEZ New York prior to my receipt of the Letter.

9.      Second, I was confused because the Letter told me that I could dispute the alleged Debt by sending a letter to Defendant's "office," however, there was no "office" address on the Letter. *Dkt. No.* 1-1.

10.     Instead, the Letter had only two (2) PO Box addresses.  The first address, located in the coupon, is: P.O Box 1259, Department 91047 Oaks, PA 19456 (the "*Oaks Address*").  *Id.* The second address, located in the coupon, is: PO Box 69703 Harrisburg, PA 17106-9703 (the "*Harrisburg Address*").  *Id.*

11.     Upon reading the Letter, I could not determine whether a dispute was to be sent to the Oaks Address or to the Harrisburg Address.

12.     Although I was confused by the Letter, I did not want to call Defendant to ask where I could send a dispute because I was afraid that Defendant would not tell me but, instead, would try to get me agree to pay the alleged Debt that I believe was more than I owed.

13.     I was further concerned because I never heard of Penn Credit before I got the Letter and there are so many scams going on these days, I did not know if this was a legitimate business or if someone was just trying to get my credit card or bank information by making me believe that I was paying a debt that I supposedly owed.

14.     Because I did not understand the Letter and did not want to call Defendant, I gave the Letter to my attorneys in the hope that they could help.

I certify that the statements in this declaration are true and correct and sign same under penalty of perjury.

Dated:    Spring Valley, NY
          April __8__, 2021

Naftali Schmelczer

Barshay
Sanders PLLC