UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PENN CREDIT CORPORATION,<br><br>Defendant. | Docket No: 7:20-cv-02380-KMK |

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL
FACTS PURSUANT TO LOCAL CIVIL RULE 56.1(a) IN
SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Plaintiff Naftali Schmelczer ("*Plaintiff*"), by and through his undersigned attorneys, hereby submits the following Statement of Undisputed Material Facts pursuant to Local Civil Rule 56.1(a) in support of his Motion for Summary Judgment against Defendant Receivables Penn Credit Corporation ("*Defendant*"), and avers as follows:

1.      Plaintiff is an individual who is a citizen of the State of New York residing in Spring Valley, New York. *Declaration of Naftali Schmelczer* (the "*Schmelczer Decl.*") at *¶* 1.

2.      Plaintiff is a "consumer" as that term is defined by 15 U.S.C. § 1692a(3). *Dkt. No. 20* at p. 9 (finding that Defendant did not dispute this allegation in connection with its motion to dismiss).

3.        Defendant is a "debt collector" as is defined by 15 U.S.C. § 1692a(6).  *Dkt. No.* 20 at p. 9 (finding that Defendant did not dispute this allegation in connection with its motion to dismiss).

4.        Defendant alleges that Plaintiff owes a debt arising out of a "delinquent utility bill." in the amount of $1,448.28 to SUEZ New York (the "*alleged Debt*").  *Dkt. No.* 20 at p. 2; *Dkt. No.* 1-1.

5.        Once this debt was in default, it was "assigned or otherwise transferred" to Defendant for collection at a time unknown to Plaintiff.  *Dkt. No.* 20 at p. 2.

6.        In its efforts to collect the alleged Debt, Defendant contacted Plaintiff by letter dated June 19, 2019 (the "*Letter*").  *Schmelczer Decl.* at ¶ 3; *Dkt. No.* 1-1.

7.        The Letter conveyed information regarding the alleged Debt and was the initial communication sent from Defendant to Plaintiff.  *Schmelczer Decl.* at ¶ 6; *Dkt. No.* 1-1.

8.        Plaintiff was confused by the Letter because he did not believe that he owed the sum of $1,448.28 to SUEZ New York.  *Schmelczer Decl.* at ¶¶ 7-8.

9.        Plaintiff was confused by the Letter because he did not understand how to go about disputing the alleged Debt.  *Id.* at ¶¶ 7, 9.

10.        The Letter stated that Plaintiff could dispute the alleged Debt by sending a letter to Defendant's "office," however, there was no "office" address on the Letter.  *Id.* at ¶ 9; *Dkt. No.* 1-1.

11.        The Letter has only two (2) addresses, both of which are PO Box addresses.  The first address, located in the coupon, is: P.O Box 1259, Department 91047 Oaks, PA 19456 (the "*Oaks Address*").  *Schmelczer Decl.* at ¶ 10; *Dkt. No.* 1-1.  The second address, located in the coupon, is: PO Box 69703 Harrisburg, PA 17106-9703 (the "*Harrisburg Address*").  *Id.* and *id.*

2

12.     Upon reading the Letter, Plaintiff could not determine whether a dispute was to be sent to the Oaks Address or to the Harrisburg Address. *Schmelczer Decl.* at ¶ 11.

13.     Although Plaintiff was confused by the Letter, he did not want to call Defendant to ask where he could send a dispute because he was afraid that Defendant would not tell him about his right to dispute the alleged Debt but, instead, would try to get Plaintiff agree to pay the alleged Debt that he believed to be in excess of the amount owed. *Id.* at ¶ 12.

14.     The Letter does not provide further instruction on which address is to be used for submitting written disputes. *Dkt. No.* 20 at p. 10.

**BARSHAY SANDERS, PLLC**

Dated: April 8, 2021                    */s  Jonathan M. Cader*
                                        Jonathan M. Cader, Esquire
                                        100 Garden City Plaza, Fifth Floor
                                        Garden City, New York 11530
                                        Telephone: (516) 203-7600
                                        jcader@BarshaySanders.com
                                        *Attorneys for Plaintiff*