UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>PENN CREDIT CORPORATION,<br><br>Defendant. | : : : : : : : : : : : | CIVIL ACTION<br><br>NO. 7:20-cv-02380-KMK<br><br>JURY TRIAL DEMANDED |

## ORDER

AND NOW, this  12  day of  April , 2021, upon Defendant Penn Credit Corporation's ("Defendant") Motion for Leave to File unredacted copies of certain exhibits to its Motion for Summary Judgment under Seal pursuant to Fed. R. Civ. P. 26(c) for good cause shown, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that unredacted versions of the following exhibits may be filed under seal:

1. Exhibit 1 to the Affidavit of Thomas Perrotta, which is attached to Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 as Exhibit A (Doc. 29–1 at pp. 7-8), which are Defendant's Account Notes for Plaintiff's account;

2. Exhibit 2 to the Affidavit of Thomas Perrotta which is attached to Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 as Exhibit A (Doc. 29-1, at pp. 10-11), which is the June 19, 2019 Letter sent to Plaintiff; and

1

3. Exhibit 1 to the Declaration of Scott Astheimer, which is attached to Defendant's Statement of Undisputed Material Facts Pursuant to Local Rule 56.1 as Exhibit B (Doc. 29-2, at pp. 8-9, which is the June 19, 2019 Letter sent to Plaintiff.

_____
                                              J.

4816-7799-0372, v. 1

SO ORDERED

_____
KENNETH M. KARAS U.S.D.J.