**Barshay Sanders** PLLC

100 GARDEN CITY PLAZA, SUITE 500<br>
GARDEN CITY, NEW YORK 11530<br>
T: 516-203-7600<br>
F: 516-281-7601

## MEMO ENDORSED

April 30, 2021

*Via ECF*
HON. KENNETH M. KARAS
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Schmelczer v. Penn Credit Corporation*
      Docket No: 7:20-cv-02380-KMK

Dear Judge Karas:

We are the attorneys for Plaintiff in the above referenced matter and write to respectfully request a short enlargement of the briefing schedule set in connection with the parties' competing motions for summary judgment. The Court set a briefing schedule as follows: opening briefs to be served by April 9, 2021; opposition briefs to be served by May 4, 2021, reply briefs to be served and the fully briefed motions to be filed by May 18, 2021. By this letter, it is requested that the briefing schedule be enlarged by two weeks, as follows:

- Opposition briefs served by May 18, 2021; and
- Reply briefs to be served (and the fully briefed motions to be filed) by June 1, 2021.

No prior requests for an enlargement of the briefing schedule have been filed, and a companion request has been made in the similarly tracked case (*Adler v. Penn Credit* (7:19-cv-07084-KMK). I have discussed the request with counsel for Defendant, and am authorized to represent that Defendant consents to this request.

Thank you.

Granted.

So Ordered.

5/3/21

Respectfully submitted,

/s *Jonathan M. Cader*
Jonathan M. Cader