**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Naftali Schmelczer, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Penn Credit Corporation,<br><br>Defendant. | Case No: 7:20-cv-02380-KMK |

**APPEARANCE OF COUNSEL**

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

I am admitted or otherwise authorized to practice in this court, and I am appearing in this case as counsel for the Plaintiff Naftali Schmelczer, individually and on behalf of all others similarly situated.

Dated: May 28, 2021

> **BARSHAY SANDERS, PLLC**
>
> By: ___/s *Kara  McCabe*___
> Kara  McCabe, Esq.
> 100 Garden City Plaza, Suite 500
> Garden City, New York 11530
> Email: kmccabe@barshaysanders.com
> Tel: (516) 203-7600
> Fax: (516) 282-7878
> Our File No: 117915
> *Attorneys for Plaintiff*