

**Kaufman Dolowich & Voluck, LLP**
Four Penn Center
1600 John F. Kennedy Blvd., Suite 1030
Philadelphia, PA 19103
Telephone: 215-501-7002
Facsimile:  215-405-2973

www.kdvlaw.com

*Richard J. Perr, Esquire*
*rperr@kdvlaw.com*

June 2, 2021

<u>**VIA ECF**</u>

Honorable Kenneth M. Karas
Judge, U.S.D.C. S.D. N.Y.
U.S. Courthouse
300 Quarropas Street, Cambers 533
White Plains, NY 10601-4150

> Re:    Naftali Schmelczer, individually and on behalf of all others similarly situated
> v. Penn Credit Corporation
> U.S.D.C. S.D.N.Y., Civil Action No. 7:20-cv-02380-KMK

Dear Judge Karas:

I represent Defendant, Penn Credit Corporation ("Penn Credit"), in the above action.  I am writing in response to Your Honor's request that we provide a supplemental letter setting forth additional compelling reasons supporting Penn Credit's Motion to File Documents Under Seal (Docs. 44-46).

Penn Credit requests that the unredacted copes of certain exhibits remain under seal because the redacted exhibits contain Plaintiff's confidential personal financial and private information. The redacted information is extremely sensitive in nature and includes Plaintiff's personal identifying information, account number, debt owed and personal telephone number. The sensitive personal and financial information that should not be made public is not necessary for the motions.  However, the exhibits themselves that contain the redacted information are necessary for the motions.  Penn Credit does not, as a practice, edit or redact documents when attaching them as exhibits; however, the private and confidential information calls for the redactions.

Thank you for your consideration.

Respectfully submitted,

<u>/s/ Richard J. Perr</u>
RICHARD J. PERR

RJP/sms
cc:    Craig B. Sanders, Esquire (via ECF)
       Jonathan Mark Cader, Esquire (via ECF)

4816-4982-1933, v. 1