

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-281-7601

June 2, 2021

*Via Regular Mail*
Hon. Kenneth M. Karas, U.S.D.J.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
300 Quarropas Street
White Plains, New York 10601

      Re:    *Schmelczer v. Penn Credit Corporation*
              Docket No: 7:20-cv-02380-KMK

Dear Judge Karas:

We are the attorneys for Plaintiff in this matter. Pursuant to Your Honor's individual rules of practice, enclosed herein, please find courtesy copies of the following documents filed in connection with Plaintiff's fully-briefed motion for summary judgment:

1. Notice of Motion (*Dkt. No.* 34);

2. Memorandum in Support (*Dkt. No.* 35);

3. Declaration of Naftali Schmelczer in Support (*Dkt. No.* 36);

4. Plaintiff's Rule 56.1 Statement (*Dkt. No.* 37);

5. Defendant's Memorandum in Opposition (*Dkt. No.* 42);

6. Defendant's Rule 56.1 Counterstatement, with Exhibits A-C annexed thereto (*Dkt. Nos.* 43 – 43-3);and

7. Plaintiff's Reply Memorandum (*Dkt. No.* 51).

JMC:Encl

cc:    Richard Perr, Esq.
       (*w/out enclosures*)

                    Respectfully submitted,

                    /s *Jonathan M. Cader*
                    Jonathan M. Cader