**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| NAFTALI SCHMELCZER, individually and on behalf of all others similarly situated, | : CIVIL ACTION |
|  | : |
| Plaintiff, | : |
| v. | : NO. 7:20-cv-02380-KMK |
|  | : |
| PENN CREDIT CORPORATION, | : |
|  | : JURY TRIAL DEMANDED |
| Defendant. | : |

**ORDER**

AND NOW, this ___3___ day of _____June_____, 2021, upon Defendant Penn Credit

Corporation's ("Defendant") Motion for Leave to File unredacted copies of certain exhibits to its

Opposition to Plaintiff's Motion for Summary Judgment under Seal pursuant to Fed. R. Civ. P.

26(c) for good cause shown, it is hereby **ORDERED** that said Motion is **GRANTED**.

It is further **ORDERED** that unredacted versions of the following exhibits may be filed

under seal:

1.      Exhibit 1 to the Affidavit of Thomas Perrotta, which is attached to Defendant's

Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact

Pursuant to Local Rule 56.1(b) as Exhibit A (Doc. 43–1 at pp. 7-8), which are Defendant's Account

Notes for Plaintiff's account;

2.      Exhibit 2 to the Affidavit of Thomas Perrotta which is attached to Defendant's

Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact

Pursuant to Local Rule 56.1(b)  as Exhibit A (Doc. 43-1, at pp. 10-11), which is the June 19, 2019

Letter sent to Plaintiff; and

2

3.      Exhibit 1 to the Declaration of Scott Astheimer, which is attached to Defendant's

Statement of Additional Material Facts to which there Exists Genuine Issues of Disputed Fact

Pursuant to Local Rule 56.1(b) as Exhibit B (Doc. 43-2, at pp. 8-9), which is the June 19, 2019

Letter sent to Plaintiff.

SO ORDERED

4846-0617-8538, v. 1

KENNETH M. KARAS U.S.D.J.

6/3/21

2