UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
NAFTALI SCHMELCZER, individually and on
behalf of all others similarly situated,

                         Plaintiff,

      -against-                                       20 **CIVIL** 2380 (KMK)

                                                           **JUDGMENT**

PENN CREDIT CORPORATION,

                        Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 23, 2022, Defendant's Motion for Summary Judgment is granted and Plaintiff's Motion for Summary Judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York

          March 23, 2022

                                                                **RUBY J. KRAJICK**

                                                                    Clerk of Court
                                                 BY:
                                                                    */s/ K. Mango*
                                                                  **Deputy Clerk**