# MyAccount Access Portal

CUSTOMER ID
_____

ZIP CODE
_____

Sign In

Enter your customer id and zip code
located on your letter.

By signing in, you agree to our
Terms & Conditions Policy (terms-nologin.html).

**Disclaimer**
All obligations may not be present on this site.
This is an attempt to collect a debt and any information obtained will be used for that purpose.
This is from a debt collector.

Penn Credit Corporation 2017

Cited in Schmelczer v Penn Credit Corp
20CV2380 Decided 3/23/22
Archived on 3/29/22
This document is protected by copyright.
Further reproduction is prohibited without permission.